KEVIN V. RYAN, CSBN 118321
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-6915
    FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| OLEG TYMCHUK, ) <br> ) <br>           Plaintiff, ) <br> ) <br>          v. ) <br> ) <br> MICHAEL CHERTOFF, Secretary of the ) <br> Department of Homeland Security; ) <br> EMILIO GONZALEZ, Director U.S. Citizenship ) <br> and Immigration Services; DAVID STILL, ) <br> San Francisco District Director, U.S. Citizenship ) <br> and Immigration Services; ROBERT S. ) <br> MUELLER, Director of Federal Bureau of ) <br> Investigation; ALBERTO GONZALES, U.S. ) <br> Attorney General, U.S. Department of Justice, ) <br> ) <br>           Defendants. ) <br> ) | No. C 06-2710 VRW <br><br> **STIPULATION TO DISMISS and <br> [~~PROPOSED~~] ORDER** |

    Plaintiff, appearing *pro se*, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without prejudice because the United States Citizenship and Immigration Services is now prepared to adjudicate Plaintiff's application for naturalization, and agree to adjudicate such application within 30 days of the dismissal of this action.

    Each of the parties shall bear their own costs and fees.

///

Stip to Dismiss
C 06-2710 VRW

| | | |
|---|---|---|
| 1 | Date: June 20, 2006 | Respectfully submitted, |
| 2 | | KEVIN V. RYAN |
| 3 | | United States Attorney |

/s/
EDWARD A. OLSEN
Assistant United States Attorney
Attorneys for Defendants

Date: June 20, 2006

/s/
OLEG TYMCHUK
*Pro se*

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: June 22, 2006

VAUGHN R. WALKER
United States District Judge

Stip to Dismiss
C 06-2710 VRW